FILED
CLERK, U.S. DISTRICT COURT

4/19/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: MAD                 DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CURTIS AUDUN LARSSEN,<br>  aka "Curtis Audun Telesio,"<br><br>    Defendant. | CR No. 16-CR16-0270<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(2)(A),<br>(b)(1): Receipt of Child<br>Pornography; 18 U.S.C.<br>§§ 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography] |
|---|---|

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about November 23, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant CURTIS AUDUN LARSSEN, also known as "Curtis Audun Telesio" ("LARSSEN"), knowingly received onto a Western Digital hard drive, bearing serial number WCATR1788347, at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer,

1  knowing that the images were child pornography.  The child
2  pornography that defendant LARSSEN received included, but was not
3  limited to, an image titled "! new ! (pthc) 2007 tara 8yr - gets
4  buttfucked by 14 inch long(2).wmv."
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 13, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CURTIS AUDUN LARSSEN, also known as "Curtis Audun Telesio," knowingly possessed a 320GB Western Digital hard drive, bearing serial number WXD0AA9U6541, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/s/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JENNIFER CHOU
Assistant United States Attorney
Violent & Organized Crime Section