# EXHIBIT H

1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JENNIFER CHOU (Cal. Bar No. 238142)
4  Assistant United States Attorney
   Violent & Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-6482
7       Facsimile:  (213) 894-3713
        E-mail:     jennifer.chou@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      ) CR No. 16-270(A)-SJO
                                   )
13              Plaintiff,         ) STIPULATION RE: RESTITUTION ORDER
                                   )
14              v.                 )
                                   )
15  CURTIS AUDUN LARSSEN,          )
                                   )
16              Defendant.         )
                                   )
17  _____)

18       Plaintiff United States of America, by and through its counsel

19  of record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney Jennifer Chou, and

21  defendant CURTIS AUDUN LARSSEN ("defendant"), both individually and

22  by and through his counsel of record, Deputy Federal Public Defender

23  Nadine Hettle, hereby stipulate as follows:

24       1.   On November 14, 2016, defendant entered a guilty plea

25  pursuant to a plea agreement filed on November 10, 2016.

26       2.   In the plea agreement, defendant agreed to make

27  restitution at or before the time of sentencing.  See Plea Agreement

28

1  ¶ 3(i).  Restitution is mandatory for defendant's crime of

2  conviction.  18 U.S.C. § 3663A.

3       3.   The parties agree that the individuals known as "Vicky,"

4  "Sierra," "Pia," and "Sarah" are each a "victim" in this case,

5  meaning she is an "individual harmed as a result of a commission of

6  a crime" under Chapter 110 of Title 18, which includes defendant's

7  crimes, as provided in 18 U.S.C. § 2259(c).

8       4.   The parties agree that a reasonable and appropriate amount

9  of restitution to be paid to victims "Vicky," "Sierra," "Pia," and

10  "Sarah" is $1,000 to each victim, for a total restitution amount of

11  $4,000.

12       5.   Payment will be made ~~in full~~ to each victim ~~on or before~~

    as follows:

13  ~~May 22, 2017~~.                    or 5/22/17

14       6.   Defendant will make restitution payments to "Vicky" to:

15       Carol L. Hepburn in trust for Vicky

16       200 1st Ave. W., Suite 550
         Seattle, WA 98119-4203

17

18       7.   Defendant will make restitution payments to "Sierra" to:

19       Carol L. Hepburn in trust for Sierra
         200 1st Ave. W., Suite 550

20       Seattle, WA 98119-4203

21       8.   Defendant will make restitution payments to "Pia" to:

22       Carol L. Hepburn in trust for Pia
         200 1st Ave. W., Suite 550

23       Seattle, WA 98119-4203

24       9.   Defendant will make restitution payments to "Sarah" to:

25       Carol L. Hepburn in trust for Sarah

26       200 1st Ave. W., Suite 550
         ~~200~~  Seattle, WA 98119-4203

27

28

                                 2

1    10.  The government has conferred with Carol L. Hepburn,

2  attorney for victims "Vicky," "Sierra," "Pia," and "Sarah," who

3  agrees with and has no objection to this stipulation.

4    11.  No other individual has made any claim for victim

5  restitution at this time.  Defendant understands that, pursuant to

6  18 U.S.C. §§ 3663A, 3664(d)(5), any victim who subsequently

7  discovers further losses may petition the court for an amended

8  restitution order.

9    IT IS SO STIPULATED.

10                              Respectfully submitted,

11                              SANDRA R. BROWN
                                Acting United States Attorney
12
                                LAWRENCE S. MIDDLETON
13                              Assistant United States Attorney
                                Chief, Criminal Division
14

15  Dated: 5/22/17

16                              JENNIFER CHOU
                                Assistant United States Attorney
17
                                Attorneys for Plaintiff
18                              UNITED STATES OF AMERICA

19

20  Dated: 5/22/17

21                              CURTIS AUDUN LARSSEN
                                Defendant
22

23  Dated: 5/22/17

24                              NADINE HETTLE
                                Deputy Federal Public Defender
25                              Attorney for Defendant
                                CURTIS AUDUN LARSSEN

26

27

28

                               3