Jennifer Chou, Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, Suite 1300
Los Angeles, California 90012
Tel: (213) 894-6482  Fax: (213) 894-3713

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 16-270(A)-SJO |
| v. | |
| CURTIS AUDUN LARSSEN, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

GOVERNMENT'S UNDER SEAL DOCUMENT
EX-PARTE APPLICATION TO SEAL DOCUMENT
[PROPOSED] ORDER TO SEAL DOCUMENT

**Reason:**

- [✓] Under Seal and/or In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

| July 17, 2017 | Jennifer Y. Chou |
|---|---|
| Date | Attorney Name |
| | Plaintiff, United States of America |
| | Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (01/14)  **NOTICE OF MANUAL FILING**